UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO.  04-469 (TFH) |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| BILLY JOE SIMON, | : | VIOLATIONS:  21 U.S.C. §846 |
| | : | (Conspiracy to Distribute and Possess With |
| GARY HENRY ROSS, | : | Intent to Distribute 5 Kilograms or More of |
| | : | Cocaine and 50 Grams or More of Cocaine |
| MADISON LORENZO SCOTT, | : | Base); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)1)(C) |
| JEFFREY CORNELL JOHNSON, | : | (Unlawful Distribution of Cocaine); |
| | : | 21 U.S.C. §841(a)(1) and §841(b)1)(C) |
| BERNARD MICHAEL JORDAN, | : | (Unlawful Possession With Intent to |
| | : |  Distribute Cocaine); |
| | : | 18 U.S.C. §924(c)(1) |
| Defendants. | : | (Using, Carrying and Possessing a Firearm |
| | | During a Drug Trafficking Offense) |
| | | 18 U.S.C. § 2 |
| | | (Aiding and Abetting) |

HOGAN, C. J. TFH

B

**FILED IN OPEN COURT**

SEP 0 8 2005

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

<u>**SUPERSEDING  INDICTMENT**</u>

The Grand Jury charges that:

<u>COUNT ONE</u>

On or before at least November, 2003, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including September 2004, in the District of Columbia, the State of Maryland, and the Commonwealth of Virginia, the defendants, **GARY HENRY ROSS, BILLY JOE SIMON, BERNARD MICHAEL JORDAN, MADISON LORENZO SCOTT,** and **JEFFREY CORNELL JOHNSON,** did knowingly and willfully combine, conspire, confederate



with other persons both known and unknown to the Grand Jury, to unlawfully, knowingly and intentionally distribute and possess with intent to distribute the following:

1. A mixture and substance containing cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 50 grams or more, Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(A)(iii), and

2. A mixture or substance containing cocaine hydrochloride, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 kilograms or more, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**(Conspiracy to Distribute and Possess With Intent to Distribute 5 Kilograms or More of Cocaine and 50 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Section 846)**

## COUNT TWO

On or about June 2, 2004, within the District of Columbia, **GARY HENRY ROSS**, did unlawfully, knowingly and intentionally distribute a mixture and substance containing more than 100 grams of cocaine hydrochloride, that is 124.2 grams of cocaine hydrochloride, a Schedule II narcotic drug controlled substance.

**(Unlawful Distribution of Cocaine and Aiding and Abetting, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) & Title 18, United States Code, Section 2)**

## COUNT THREE

On or about August 11, 2004, within the District of Columbia, **BILLY JOE SIMON** and **GARY HENRY ROSS**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing more than 100 grams of cocaine hydrochloride, that is 121.5 grams of cocaine hydrochloride, a Schedule II narcotic drug controlled substance.

(**Unlawful Possession With Intent to Distribute Cocaine Hydrochloride and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C) & Title 18, United States Code, Section 2)

### COUNT FOUR

On or about August 11, 2004, within the District of Columbia, **BILLY JOE SIMON** and **GARY HENRY ROSS,** did unlawfully, knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which they may be prosecuted in a court of the United States, that is, Count Three of this Indictment which is incorporated herein, a firearm, that is, a Glock 9mm semi-automatic pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Section 924(c)(1) & Title 18, United States Code, Section 2)

A TRUE BILL:

FOREPERSON

Kenneth L. Wainstein /DAJ
Attorney of the United States in
and for the District of Columbia