**WARRANT FOR ARREST**    CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 04-469 | MAGIS. NO: |
| v.<br><br>BILLY JOE SIMON | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Bernard Michael Jordan<br><br>FILED<br>SEP 1 4 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| DOB:        PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE OF COCAINE AND 50 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL DISTRIBUTION OF COCAINE;

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE COCAINE;

USING, CARRYING AND POSSESSING A FIREARM DURING A DRUG TRAFFICKING OFFENSE;

AIDING AND ABETTING

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21:846;  21:841(a)(1) and 841(b)(1)(C);  21:841(a)(1) and 841(b)(1)(C);  18:924(c)(1);  18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE FACCIOLA | DATE ISSUED:<br>9/8/05 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>9/8/05 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9-8-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 9-14-05 | Sean [REDACTED]<br>JDUSM | Sean [REDACTED] |
| HIDTA CASE:  Yes ___  No  X | | OCDETF CASE:  Yes ___  No  X |