# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 04-469(TFH) |
| *v*. : | |
| : | |
| BERNARD JORDAN : | |

_____

## DEFENDANT'S NOTICE OF FILING

Defendant Bernard Jordan ("Jordan"), by and through undersigned counsel, respectfully requests that the attached Defendant's Request for Discovery be made part of the record in this case:

Dated: Washington, DC
　　　　September 20, 2005　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**LAW OFFICE OF A. EDUARDO BALAREZO**


　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　A. Eduardo Balarezo (Bar # 462659)
　　　　　　　　　　　　　　　　　400 Fifth Street, NW
　　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　　Washington, DC  20001

　　　　　　　　　　　　　　　　　*Attorney for Defendant Bernard Jordan*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of September 2005, I caused a true and correct copy of the foregoing Defendant's Notice of Filing and attached Request for Discovery to be delivered via Electronic Case Filing all parties in this case.

_____
A. Eduardo Balarezo