UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 04-469 (TFH) |
| | : | |
| v. | : | |
| | : | |
| GARY HENRY ROSS, ET AL | : | |
| | : | |
| Defendant. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney's James Dinan, Bar Number 412-230, Telephone number (202) 514-6154 and Arvind Lal, Bar Number 389-496, telephone number (202) 353-8833 and this is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
JAMES DINAN
ASSISTANT UNITED STATES ATTORNEY
Bar No. 412-230
555 4th Street, N.W.
Washington, DC 20530
(202) 514-6154

_____
ARVIND LAL
ASSISTANT UNITED STATES ATTORNEY
Bar No. 389-496
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-8833

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I caused a copy of the foregoing to be served by mail upon the attorneys for the defendants, Gary Henry Ross, Allen Howard Orenberg, Esquire, 11200 Rockville Pike, Suite 300, North Bethesda, M.D. 20852, Jon W. Norris, Esquire, 641 Indiana Avenue, N.W., Second Floor, Washington, D.C. 20004, defendant Billy Joe Simon, Anthony Douglas Martin, Esquire, 7841 Belle Point Drive, Greenbelt, M.D. 20770, (, Paul D. Hunt, Esquire, 4614 Wissahican Ave, Rockville, M.D. 20853, defendant Edward Gregory Payne, Thomas Abbenante, Esquire, 1919 Pennsylvania, Avenue, N.W., Suite 200, Washington, D.C. 2006, defendant Madison Lorenzo Scott, Alexandra Negin Christ, 419 Seventh Street, N.W., Suite 201, Washington, D.C. 20004, defendant Jeffrey Cornell Johnson, James W. Beane, Jr. Esquire, 2715 M Street, N.W., Suite 200, Washington, D.C., 20007 and Bernard Michael Jordan, Aeduardo Balarezo, Esquire, 400 Fifth Street, N.W., Suite 300, Washington, D.C. 20001 this _____ day of October, 2005.

 

_____
James Diana
ASSISTANT UNITED STATES ATTORNEY