UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Case No. 04-469 (TFH)** |
| *v.* : | |
| : | |
| **BERNARD JORDAN** : | |

## ORDER

Upon consideration of Defendant Jordan's Motion for a Bill of Particulars and Incorporated Memorandum of Points and Authorities in Support Thereof, and any opposition thereto, it is this _____ day of_____ 2005 hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that the government immediately provide the requested information responsive to the defendant's Motion for a Bill of Particulars.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**