**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Case No. 04-469 (TFH)** |
| ***v.*** : | |
| : | |
| **BERNARD JORDAN** : | |

## ORDER

Upon consideration of Defendant Jordan's Motion for Severance and Relief from Prejudicial Joinder and Incorporated Memorandum of Points and Authorities in Support Thereof, and any opposition thereto, it is this _____ day of _____ 2005 hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**