UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Case No. 04-469 (TFH)** |
| *v.* : | |
| : | |
| **BERNARD JORDAN** : | |

## DEFENDANT JORDAN'S MOTION FOR DISCOVERY OF CO-DEFENDANT AND CO-CONSPIRATOR STATEMENTS

Defendant Bernard Jordan ("Jordan"), by and through undersigned counsel, respectfully moves the Court for an Order directing the government to disclose and permit inspection and copying of any statements made by co-defendants or co-conspirators that the government intends to offer against him pursuant to Fed. R. Crim. P. 801(d)(2)(E), including, but not limited to, the following:

1. Relevant written or recorded statements made by any co-defendant or claimed co-conspirator, indicted or unindicted, that are in the government's possession, custody or control, or that through due diligence may become known to the government; and

2. The substance of any oral statement that the government intends to offer in evidence at trial of this matter made by any co-defendant or claimed co-conspirator, indicted or unindicted, before or after arrest, in response to interrogation by any person known to the declarant to be a government agent.

## ARGUMENT

Generally a defendant is entitled to co-conspirator or co-defendant statements admissible against the defendant under Fed. R. Evid. 801 (d)(2)(E) if the government does not

intend to call the coconspirator as a witness. See United States v. Disston, 612 F.2d 1035 (7th Cir. 1980); United States v. Percevault, 490 F.2d 126 (3rd Cir. 1974); United States v. McMillen, 489 Rd 229 (7th Cir. 1972).

      WHEREFORE, for the foregoing reasons and those that may appear at a hearing on this request Mr. Jordan respectfully asks this Court for an order directing the government to permit him to inspect and to copy any statements of any co-defendant or co-conspirator that the government intends to offer against him at trial.

Dated: Washington, DC
      November 8, 2005               Respectfully submitted,

                                      **LAW OFFICE OF A. EDUARDO BALAREZO**

                By:    _____
                        A. Eduardo Balarezo, Esq. (Bar # 462659)
                        400 Fifth Street, NW
                        Suite 300
                        Washington, DC 20001

                        *Counsel for Defendant Bernard Jordan*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of November 2005, I caused a true and correct copy of the foregoing Defendant Jordan's Motion for Discovery of Co-Defendant and Co-Conspirator Statements to be delivered to the parties in this case via Electronic Case Filing.

                                                                                        _____
                                                                                         A. Eduardo Balarezo