UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | :   **Case No. 04-469 (TFH)** |
| *v.* | : |
| | : |
| **BERNARD JORDAN** | : |

_____

### **ORDER**

Upon consideration of Defendant Jordan's Motion for Discovery of Co-Defendant and Co-Conspirator Statements, and any opposition, it is this _____ day of _____ 2005, hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**