UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | :  Case No. 04-469 (TFH) |
| *v.* | : |
| | : |
| BERNARD JORDAN | : |

### DEFENDANT JORDAN'S MOTION TO ADOPT AND CONFORM TO CODEFENDANT MOTIONS

Defendant Bernard Jordan ("Simmons"), by and through undersigned counsel, respectfully moves the Honorable Court for leave to adopt and conform to Motions filed on behalf of other defendants in the above-captioned matter that assert grounds for relief that defendant has standing to raise and are not inconsistent with relief he seeks in his own motions. Defendant maintains that the Court's granting this Motion will conserve judicial resources by limiting defense counsel's filing duplicative motions.

WHEREFORE, for the foregoing reasons, defendant respectfully requests that the Court grant this motion.

Dated: Washington, DC
November 8, 2005                    Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

_____
A. Eduardo Balarezo (Bar No. 462659)
400 Fifth Street, N.W.
Suite 300
Washington, D.C. 20001
(202) 639-0999 (tel)
(202) 783-5407 (fax)

*Attorney for Bernard Jordan*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of November 2005, I caused a true and correct copy of the foregoing Defendant Jordan's Motion to Adopt and Conform Motions to be delivered via Electronic Case Filing to the parties in this case.

_____
A. Eduardo Balarezo