**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | : |
| | :   **Case No. 04-469 (TFH)** |
| *v.* | : |
| | : |
| **BERNARD JORDAN** | : |

**ORDER**

      Upon consideration of Defendant Jordan's Motion to Adopt and Conform to Codefendant Motions, and any opposition thereto, it is this _____ day of_____ 2005 hereby

      **ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

                                              _____
                                              **THOMAS F. HOGAN**
                                              **CHIEF JUDGE**