UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No.: 04-469 (TFH) |
| : | |
| **GARY ROSS, et al.** : | |
| : | |

## CONSENT MOTION TO VACATE TRIAL DATE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, through counsel, respectfully move the Court to vacate the tentative trial date that had been set for January 4, 2006. In support of this motion, the parties submit that they have reached an agreement to dispose of these cases short of a trial. Accordingly, in order to permit the Court and counsel to more effectively plan and administer their schedules, the parties submit that the trial date should be vacated and converted to a status date to either take or schedule the pleas of the defendants.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 451058

Arvind K. Lal, D.C. Bar No. 389496
James H. Dinan, D.C. Bar No. 412230
Assistant United States Attorneys
555 Fourth Street, NW
Washington, DC 20530

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Consent Motion has been served on counsel for the defendants electronically, on this 15th day of December, 2005.

Arvind K. Lal