**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No.: 04-469 (TFH)** |
| | **:** | |
| **GARY ROSS, et al.** | **:** | |
| _____ | **:** | |

## ORDER

Upon Consideration of the Consent Motion filed by the Parties to Vacate the trial Date

tentatively scheduled for January 4, 2006, and it appearing that godd cause exists therefor,

It is this _____ day of December, 2005, ORDERED that the January 6, 2006 trial

date is vacated, and is convereted to a status date.

_____
THOMAS F. HOGAN
CHIEF JUDGE
UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLUMBIA