UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | :    Case No. 04-469 (TFH) |
| *v.* | : |
| | : |
| BERNARD JORDAN | : |

_____

**DEFENDANT JORDAN'S CONSENT MOTION FOR AUTHORIZATION**
**TO TRAVEL OUTSIDE OF THE JURISDICTION**

Defendant Bernard Jordan ("Jordan"), by and through undersigned counsel, hereby respectfully moves the Honorable Court to issue and Order directing the High Intensity Supervision Program to authorize Mr. Jordan to travel outside the jurisdiction. In support of this motion, Mr. Jordan states as follows:

1. The government has charged Mr. Jordan in Count 1 of a four count superseding indictment, where it alleges that Mr. Jordan conspired with his codefendants to distribute and possess with intent to distribute narcotics.

2. At the detention hearing held on September 16, 2005, Magistrate Judge Facciola denied the government's motion for pretrial detention and placed Mr. Jordan into the High Intensity Supervision Program.

3. Since that time, Mr. Jordan and the government have agreed on a pre-trial disposition of this matter. The plea agreement contemplates Mr. Jones serving a period of incarceration of 36 months. The trial date has been vacated and the parties are awaiting a plea date to be scheduled by the Court.

4. Mr. Jordan is employed by the Ritz Carlton Hotel in the District. As such, he enjoys employee discounts at other hotel locations. Mr. Jordan wishes to treat his fiancée to a birthday weekend in Miami, Florida prior to his expected incarceration. Mr. Jordan would like to be away from the jurisdiction from February 17 -21, 2006.

5. When Mr. Jordan informed his supervision officer, Melvin Tilden, about his plans, Mr. Tilden informed Mr. Jordan that the Court would have to authorize such travel. According to Mr. Tilden, Mr. Jordan is in compliance with his conditions of release and he does not oppose the Court granting authorization.

6. Counsel also contacted AUSA Arvind Lal, who indicated that he does not oppose this motion.

**WHEREFORE**, for all the foregoing reasons and any that may become apparent to the Court, Mr. Jordan respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
January 25, 2006

Respectfully submitted,

**LAW OFFICE OF A. EDUARDO BALAREZO**

By: _____
A. Eduardo Balarezo, Esq. (Bar # 462659)
400 Fifth Street, NW
Suite 300
Washington, DC  20001

*Counsel for Defendant Bernard Jordan*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January 2006, I caused a true and correct copy of the foregoing Defendant Jordan's Consent Motion for Authorization to Travel Outside the Jurisdiction to be delivered to the parties in this case via Electronic Case Filing:

_____
A. Eduardo Balarezo