**FILED**

MAR 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: CRIMINAL NO. 04-469-06
v. :
:
BERNARD JORDAN :
        Defendant. :
_____ :

PROFFER OF EVIDENCE

If this case were to go to trial, the government's evidence would establish beyond a reasonable doubt:

1. From on or about 2001 and continuing up to on or about October 2004, within the District of Columbia and elsewhere, the defendant, Bernard Jordan, aka Mike aka Paul, knowingly and intentionally conspired and agreed with a number of persons known and unknown to the government, to distribute and possess with intent to distribute mixtures and substances containing more than 5 kilograms of cocaine. Mr. Jordan acknowledges that his coconspirators included, Gary Ross aka G, Billy Simon, aka Fat Boy aka Fat Billy, Gordon Wilson aka App aka Scrap, Jonathan Warren aka Zookie, Kenneth Adams aka Wayne; and others.

2. The principal object of the conspiracy was to make money and illicit profits for its leaders, members and associates from the distribution and the possession with the intent to distribute cocaine and cocaine base, commonly known as crack cocaine.

3. During the course of the conspiracy, and to effect its object, Mr. Jordan did commit, among others, the following overt acts: Beginning in 2001, Mr. Jordan regularly purchased wholesale quantities of cocaine from others, here in Washington, D.C. and elsewhere. Mr. Jordan then redistributed the cocaine to others in the Washington, D.C. and elsewhere. On July 29, 2004,

in a series of calls, including call number 64, Mr. Jordan asked Mr. Ross for a "sweatsuit" quantity of cocaine; On July 31, 2004, in a series of calls, including call number 441, Mr. Ross asked Mr. Jordan to give some money to a drug customer; On August 3, 2004, in a series of calls, including call number 906, Mr. Jordan asked Mr. Ross for a "little one" quantity of cocaine; On August 5, 2004, in call number 1179, Mr. Jordan warned Mr. Ross about the presence of police officers in his area; On August 7, 2004, in a series of calls, including call number 1539, Mr. Jordan asked Mr. Ross for a "little one" quantity of cocaine; On August 11, 2004, in a series of calls, including call 2188, Mr. Jordan and Mr. Ross discussed the arrest of Billy Simon and the fact that the case had been no-papered; On August 13, 2004, in a series of calls, including call number 2309, Mr. Jordan asked Mr. Ross for a "little one" quantity of cocaine; On August 16, 2004, in call number 2703, Mr. Jordan asked Mr. Ross for the new cellular telephone number of Billy Simon; On August 19, 2004, in a series of calls, including call number 3137, Mr. Jordan asked Mr. Ross for two "little ones" quantity of cocaine; On August 21, 2004, in a series of calls, including call numbers 3519, 3524 and 3528, Mr. Jordan asked Mr. Ross for a "sweatsuit", a "half swatsuit" and a "little one" quantity of cocaine; On August 22, 2004, in a series of calls, including call number 3706, Mr. Jordan asked Mr. Ross for a "half sweatsuit" quantity of cocaine; and on August 24, 2004, in a series of calls, including call number 3981, Mr. Jordan asked Mr. Ross for two "little ones" quantity of cocaine.

4. Through his participation in the conspiracy Mr. Jordan distributed and possessed with intent to distribute, more than more than 5 kilograms but less than 15 kilograms of cocaine in the District of Columbia.

<u>Limited Nature of Proffer</u>

5. This proffer of evidence is not intended to constitute a complete statement of all facts known by Mr. Jordan but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea of guilty to the charged crime of conspiracy to distribute and possess with intent to distribute a mixture and substance containing more than 5 kilograms of cocaine.

                Respectfully submitted,

                KENNETH L. WAINSTEIN, Bar No. 451058
                United States Attorney

                Arvind K. Lal, Bar Number 389489
                James H. Dinan, D.C. Bar No. 412230
                Assistant United States Attorneys
                Organized Crime and Narcotics Trafficking Section
                555 4th Street, N.W., Room 4237
                Washington, DC 20530
                (202) 353-8833 (Lal)

## DEFENDANT'S ACCEPTANCE

I have read the Proffer of Evidence setting forth the facts as to my participation in a conspiracy to distribute and possess with intent to distribute five kilograms or more of cocaine in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), and 846. I have discussed this proffer fully with my attorney, A. Eduardo Balarezo, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 3/01/06

Bernard Jordan
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence as to my client's participation in a conspiracy to distribute and possess with intent to distribute fifty grams or more of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. I have reviewed the entire proffer with my client and have discussed it with him fully.

Date: 3/1/06

A. Eduardo Balarezo, Esquire
Counsel for Defendant