UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | : |
| | :     Case No. 04-469 (TFH) |
| *v.* | : |
| | : |
| BERNARD JORDAN | : |

**DEFENDANT JORDAN'S CONSENT MOTION FOR AUTHORIZATION
TO TRAVEL OUTSIDE OF THE JURISDICTION**

      Defendant Bernard Jordan ("Jordan"), by and through undersigned counsel, hereby respectfully moves the Honorable Court to issue and Order directing the High Intensity Supervision Program to authorize Mr. Jordan to travel outside the jurisdiction. In support of this motion, Mr. Jordan states as follows:

      1.      The government has charged Mr. Jordan in Count 1 of a four count superseding indictment, where it alleges that Mr. Jordan conspired with his codefendants to distribute and possess with intent to distribute narcotics.

      2.      At the detention hearing held on September 16, 2005, Magistrate Judge Facciola denied the government's motion for pretrial detention and placed Mr. Jordan into the High Intensity Supervision Program.

      3.      On March 1, 2006, Mr. Jordan entered a plea of guilty to one count of Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or more of Cocaine. He is pending sentencing and remains in the High Intensity Supervision Program. At sentencing, it is expected that the Court sill sentence Mr. Jordan to a term of thirty-six months incarceration.

4. Mr. Jordan's birthday is August 4 and he wishes to treat his fiancée to a birthday weekend in Virginia Beach, Virginia prior to his expected incarceration. Mr. Jordan would like to be away from the jurisdiction from August 3 – 7th.

5. Counsel has contacted Supervision Officer Melvin Tilden who stated that he does not oppose the granting of this motion and indicated that Mr. Jordan is currently in compliance with all conditions of release.

6. Counsel also contacted AUSA Arvind Lal, who also indicated that he does not oppose this motion.

**WHEREFORE**, for all the foregoing reasons and any that may become apparent to the Court, Mr. Jordan respectfully requests that this motion be **GRANTED**.

Dated: Washington, DC
      July 24, 2006           Respectfully submitted,

                                    **LAW OFFICE OF A. EDUARDO BALAREZO**

By: _____
     A. Eduardo Balarezo, Esq. (Bar # 462659)
     400 Fifth Street, NW
     Suite 300
     Washington, DC 20001

*Counsel for Defendant Bernard Jordan*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of July 2006, I caused a true and correct copy of the foregoing Defendant Jordan's Consent Motion for Authorization to Travel Outside the Jurisdiction to be delivered to the parties in this case via Electronic Case Filing:

_____
A. Eduardo Balarezo