UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | **Case No. 04-469 (TFH)** |
| *v.* : | |
| : | |
| **BERNARD JORDAN** : | |

## ORDER

Upon consideration of Defendant Jordan's Consent Motion for Authorization to Travel Outside the Jurisdiction, and for good cause shown, it is this _____ day of_____ 2006 hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that Defendant Bernard Jordan is hereby authorized by the Court to travel outside the District of Columbia from August 3 to August 7, 2006; and it is further

**ORDERED**, that Defendant Jordan shall provide the High Intensity Supervision Program with his itinerary for his travel and shall check in with the program upon his return to the jurisdiction.

_____
**THOMAS F. HOGAN**
**CHIEF JUDGE**