UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 25 2006

CLERK, U.S. DIST...
DISTRICT OF COL...

**UNITED STATES**

v.

**BERNARD JORDAN**

Case No. 04-469 (TFH)

## ORDER

Upon consideration of Defendant Jordan's Consent Motion for Authorization to Travel Outside the Jurisdiction, and for good cause shown, it is this 25 day of July 2006 hereby

**ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**; and it is further

**ORDERED**, that Defendant Bernard Jordan is hereby authorized by the Court to travel outside the District of Columbia from August 3 to August 7, 2006; and it is further

**ORDERED**, that Defendant Jordan shall provide the High Intensity Supervision Program with his itinerary for his travel and shall check in with the program upon his return to the jurisdiction.

THOMAS F. HOGAN
CHIEF JUDGE