HONORABLE THOMAS F. HOGAN
UNITED STATES CHIEF JUDGE

FILED
FEB 7 - 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

Bernard Michael Jordon                 Docket No.: 04-469-06

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that **Bernard Michael Jordon** having been sentenced, on January 9, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to USP Lewisburg SCP, in Lewisburg, PA by 2 p.m., on February 21, 2007.

2/5/07
Date

THOMAS F. HOGAN
UNITED STATES CHIEF JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

**ATTORNEY/U.S. PROBATION OFFICER**          **DEFENDANT**

Revised 6-2004

